NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

**MEMO ENDORSED**

September 18, 2021

**VIA ECF**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   **United States of America v. Sun, et. al, 1:21-cr-00343-SHS**

Dear Judge Stein:

We are appointed counsel for Steven Woo. We have received the Court's notice scheduling an initial pretrial conference in this matter for September 30, 2021 at 4:30 p.m. We write to request that both Mr. Woo and I be permitted to participate by telephone.

Mr. Woo lives in California and is of limited means, as was demonstrated to Magistrate-Judge Cave when she appointed me as counsel. It would be a heavy burden for him to have to travel across the country at the present time in order to attend an initial conference.

I am scheduled to be in Chicago on business on September 30th. While I will easily be available for a telephone conference with the Court, a personal appearance in the afternoon in New York would be difficult.

We thank the Court for its consideration. In the event the Court determines it wishes counsel to attend in person, we still ask that Mr. Woo be excused.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                GREGORY R. HAWORTH, RESIDENT PARTNER
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                             PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

Honorable Sidney H. Stein
September 18, 2021
Page 2

ERB

Cc: All Counsel of Record (Via ECF)

Defendant's ~~and~~ request to appear via telephone is granted. Defendant and his counsel should dial 888-273-3658, and use access code is 7004275 to join the conference.

Dated: New York, New York
September 20, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.