NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

## MEMO ENDORSED

December 10, 2021

**VIA ECF**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> **Re:**   **United States of America v. Sun, et. al, 1:21-cr-00343-SHS**

Dear Judge Stein:

We are appointed counsel for Steven Woo. We have received the Court's notice scheduling a pretrial conference in this matter for January 4, 2022, now to be held at 4:30 p.m. We write to request that both Mr. Woo be permitted to participate by telephone. I will be present in Court as directed.

As we have previously informed the Court, Mr. Woo lives in California and is of limited means. It would be a heavy burden for him to have to travel across the country in order to attend this conference.

We appreciate the Court's consideration.

**The request for defendant to appear by telephone is granted.**

Respectfully submitted,

**Dated: New York, New York
        December 10, 2021**

/s/ Eric R. Breslin

**SO ORDERED.**

Eric R. Breslin

**Sidney H. Stein, U.S.D.J.**

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800
NEWARK, NJ 07102-5429

GREGORY R. HAWORTH, RESIDENT PARTNER
PHONE: +1 973 424 2000   FAX: +1 973 424 2001