NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
TAIWAN
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# Duane Morris®

FIRM and AFFILIATE OFFICES

SARAH FEHM STEWART
DIRECT DIAL: +1 973 424 2061
PERSONAL FAX: +1 973 556 1464
E-MAIL: sfstewart@duanemorris.com

www.duanemorris.com

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

ALLIANCES IN MEXICO
AND SRI LANKA

May 18, 2022

**MEMO ENDORSED**

**VIA ECF**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States of American v. Sun, et al, 1:21-cr-00343-SHS*

Dear Judge Stein:

We are CJA counsel for Steven Woo. There is a conference before the Court scheduled for May 23rd at 2:00 p.m. I write to request permission for Mr. Woo to participate in this conference via telephone. As the Court may remember from previous appearances, Mr. Woo lives in California and is a person of limited means. It would be a burden for Mr. Woo to have to travel to New York for this appearance.

I have conferred with Mr. Kalikow and the government does not object to this request.

**Request granted.**

Dated: New York, New York
       May 19 2022

**SO ORDERED:**

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP                     GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                            PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429