UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA,          :     1:21-Cr.00343(SHS)

    -v-                            :     CONSENT TO PROCEED BY
                                                                VIDEOCONFERENCE OR
              Steven Woo, et al   :     TELECONFERENCE

                Defendant.          :

----------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Defendant Steven Woo hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

s/s Eric R. Breslin

_____            _____
Defendant's Signature (Judge may obtain     Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

Steven Woo                              Eric R. Breslin
Print Defendant's Name                  Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

May 23, 2022                            _____
Date                                    Sidney H. Stein, U.S.D.J.
I:\consent form.docx