NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

August 31, 2022

**MEMO ENDORSED, p. 2**

**VIA ECF**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    <u>United States of America v. Sun, et. al, 1:21-cr-00343-SHS</u>

Dear Judge Stein:

    We are CJA counsel for Steven Woo.

    Mr. Woo, as the Court may remember, resides in Los Angeles. He hereby requests permission to travel to San Francisco from September 2nd to September 5th, 2022 for what he informs us is a visit with family and friends. We apologize to the Court for the lateness of this request.

    I have discussed this matter with the government and they have advised me that the Office of the United States Attorney will take no position on this matter and will defer to pretrial services.

    I have forwarded this letter to Mr. Woo's pretrial services officer, Ms. DeFeo.

    Respectfully submitted,

    /s/ Eric R. Breslin

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*   GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800   PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

Honorable Sidney H. Stein
August 31, 2022
Page 2

Eric R. Breslin

ERB

Cc: All Counsel of Record (Via ECF)

**Defendant's request to travel to San Francisco from September 2nd to September 5th, 2022, is granted. Defendant shall provide his travel information to his probation officer.**

**Dated: New York, New York**
   **August 31, 2022**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.