UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        v.

STEVEN WOO,

                     Defendant.

21-cr-00343 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    In a letter dated September 19, 2022, defense counsel requested a mental competency hearing pursuant to 18 U.S.C. § 4241(a) to determine whether Mr. Woo is "suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."

    The Court authorizes defense counsel to retain a qualified psychiatrist to conduct a psychiatric examination of the defendant and file with the Court a report of its findings pursuant to the provisions of 18 U.S.C. § 4247(b) and (c) on or before November 7, 2022.

    The Court will schedule a hearing, if necessary, after reviewing that report.

Dated:  New York, New York
        September 23, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.