| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>TAIWAN<br>BOSTON<br>HOUSTON<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | **DuaneMorris®**<br><br>*FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>E-MAIL: ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE<br>OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

November 21, 2022

**VIA ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **United States v. Steven Woo, No. 21-cr-00343 (SHS)**

Dear Judge Stein:

      We are the CJA attorneys for Steven Woo. I write to request permission to staff one of my associates, Arletta Bussiere, on this case to bill for her earlier time and participate in this matter going forward. Ms. Bussiere has assisted with the case since August 22, 2021, and already significantly contributed to Mr. Woo's application for a competency hearing, obtaining a medical expert, discovery management, legal research, and case development. Ms. Bussiere has trial experience as a second chair, and I expect that her continued involvement will substantially facilitate providing our best defense to Mr. Woo in the most cost-effective manner.

      For the Court's convenience, we have included a "So Ordered Nunc Pro Tunc" line should the Court grant our request. Thank you for your consideration.

                                              Respectfully submitted,

                                              /s/ Eric R. Breslin

                                              Eric R. Breslin

cc: All counsel of record (via ECF)

11/30/22
**SO ORDERED**      _____
                             Honorable Sidney H. Stein, U.S.D.J.

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                             DAVID A. SUSSMAN, RESIDENT PARTNER