NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

# Duane Morris®

FIRM and AFFILIATE OFFICES

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

## MEMO ENDORSED

December 6, 2022

**VIA ECF**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    **United States of America v. Sun, et. al, 1:21-cr-00343-SHS**

Dear Judge Stein:

    We are appointed counsel for Steven Woo. We have received the Court's notice scheduling a pretrial conference in this matter for December 14, 2022, at 2:30 p.m. We write to request that Mr. Woo be permitted to participate by telephone. We will be present in Court as directed.

    As we have previously informed the Court, Mr. Woo lives in California and is of limited means. It would be a heavy burden for him to travel across the country in order to attend this conference.

    We appreciate the Court's consideration.

**Request granted.**

Respectfully submitted,

Dated: New York, New York
**December 7, 2022**

/s/ Eric R. Breslin

SO ORDERED:

Eric R. Breslin

Sidney H. Stein, U.S.D.J.

DAVID A. SUSSMAN RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800
NEWARK, NJ 07102-5429

PHONE: +1 973 424 2000   FAX: +1 973 424 2001