

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2023

**BY ECF**                                        **MEMO ENDORSED**

The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Steven Woo*, 21 Cr. 343 (SHS)

Dear Judge Stein:

    The Government respectfully writes in response to the Court's Order of March 2, 2023, directing the Government to submit a letter by March 13, 2023, regarding its position on the scope and timing for a hearing, under 18 U.S.C. § 4241, concerning the mental competency of defendant Steven Woo.

    At present, the Government believes that an evidentiary hearing under 18 U.S.C. § 4241 may prove to be unnecessary, as the Government may ultimately not contest the findings of Dr. Sharon Guo. As previewed for the Court during the March 2, 2023 conference, however, the Government understands that the defendant intends in the near future to submit to the Government a request for an alternative resolution of this matter. The Government believes it would be beneficial to have an opportunity to review any such submission from the defendant, and an opportunity to discuss it with the defense, before moving forward with an adjudication of the issue of the defendant's competency to stand trial.

    Accordingly, the Government respectfully requests, with defense counsel's consent, that resolution of the scope and timing of any hearing under 18 U.S.C. § 4241 be adjourned to April 12, 2023, which is the date of the next status conference currently scheduled in this matter, by which point the parties will hopefully have had an opportunity to discuss further the possibility of an alternative resolution of this matter.

March 13, 2023
Page 2

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney for the
                                                Southern District of New York

                                   By: _____
                                                Jonathan L. Bodansky
                                                Assistant United States Attorney
                                                (646) 957-1800

cc:    Eric R. Breslin, Esq. (by ECF)

**The request to adjourn the resolution of the scope and timing of any hearing under 18 U.S.C. Sec. 4241 until April 12, 2023, is granted.**

**Dated: New York, New York**
        **March 14, 2023**

                                      SO ORDERED:

                                      _____
                                        Sidney H. Stein, U.S.D.J.