

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2023

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Steven Woo*, 21 Cr. 343 (SHS)

Dear Judge Stein:

    The Government respectfully writes, with defense counsel's consent, to request a 45-day adjournment of the conference scheduled for April 12, 2023 in the above-referenced matter. Since the Government last wrote to the Court on March 13, 2023, the defense timely submitted to the Government a request for an alternative resolution of this matter, which the Government is in the process of reviewing. The Government respectfully requests the additional time to continue its review of the defense's submission and its discussions with the defense concerning possible resolution of this matter.

    With the consent of the defendant, the Government also respectfully requests that the time between today and the adjourned status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue to discuss the possibility of pretrial resolution of this case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: /s/
    Jonathan L. Bodansky
cc:    Eric R. Breslin, Esq.    Matthew R. Shahabian
    Arletta K. Singh, Esq.    Assistant United States Attorneys
    (212) 637-2385 / -1046

**The conference is adjourned to May 30, 2023, at 4:00 p.m. The time is excluded from calculation under the Speedy Trial Act from today until May 30, 2023. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A).**    SO ORDERED

**Dated: New York, New York**

    **April 10, 2023**

SIDNEY H. STEIN
U.S.D.J.